**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-20557-BLOOM/Elfenbein**

DANIEL LLOREDA VELASQUEZ,

      Plaintiff,

v.

U.S. CITIZENSHIP AND IMMIGRATION
SERVICES (USCIS); DEPARTMENT OF
HOMELAND SECURITY (DHS); KRISTI
NOEM, Secretary of the U.S. Department of
Homeland Security; and DIRECTOR, USCIS
National Benefits Center

      Defendants.

_____/

## <u>ORDER OF DISMISSAL WITHOUT PREJUDICE</u>

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal, ECF No. [6] ("Notice"), filed on March 24, 2026. Plaintiff seeks to dismiss this action as moot because the Government has taken the action sought in the writ of mandamus. ECF No. [6] at 1. The Court has carefully reviewed the Notice, the record in this case, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [6]**, is **APPROVED** and **ADOPTED**;

2. The above-styled case is **DISMISSED WITHOUT PREJUDICE;**

3. Each party shall bear its own attorneys' fees and costs;

4. To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**;

5. The Clerk of Court is directed to **CLOSE** this case.

Case No. 26-cv-20557-BLOOM/Elfenbein

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 24, 2026.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:      Counsel of Record

2